NUMBER 13-06-297-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

 

 

 

IN RE: R. WAYNE JOHNSON

 

 

 

                    On Petition for Writ of Mandamus                

                

 

 

MEMORANDUM
OPINION

 

Before
Chief Justice Valdez and Justices Castillo and Garza

Memorandum
Opinion Per Curiam

 








Relator, R. Wayne Johnson, filed a petition for writ
of mandamus in the above cause on June 5, 2006. 
The Court, having examined and fully considered the petition for writ of
mandamus,  is of the opinion that (1)
Relator has not shown himself entitled to the relief sought and, thus, (2) the
petition must be denied.  See Tex. R. App. P. 52.8(a).  Accordingly, the petition for writ of
mandamus is DENIED.

 

PER CURIAM

 

Memorandum Opinion
delivered and filed

this
8th day of June 2006.